

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00686-CV

**IN THE MATTER OF C.A.G.**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2013-JUV-00059
The Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's Order Modifying Disposition Commitment to the Texas Juvenile Justice Department is AFFIRMED.

No costs of appeal are assessed against appellant.

SIGNED July 9, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice